IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BENJAMIN GOLDBERG, et al., | : | CIVIL ACTION |
| vs. | : | NO. 22-105 |
| AMERIHOME MORTGAGE COMPANY, LLC. | : | |

**O R D E R**

**AND NOW, TO WIT:** This 14th day of April, 2022, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court[1], it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**KATE BARKMAN**, Clerk of Court

**BY:** */s/ Katie Rolon*
Katie Rolon
Civil Deputy Clerk

Copies Emailed on 4/14/22 to:
  Daniel B. Centner, Esq.
  Korby E. Kazyak, Esq.
  Nicholas J. Guiliano, Esq.
  Benjamin E. Gordon, Esq.
  Joe Nguyen, Esq.

Civ 2 (7/83)

41.1(b)

---

[1] "Any such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within 90 days of the entry of such order of dismissal, provided the application of the 90 day time limitation is consistent with Federal Rule of Civil Procedure 60(c)."